1 JOHN S. LEONARDO
United States Attorney
2 District of Arizona
KATHRYN C. FURTADO
3 Assistant U.S. Attorney
AZ State Bar No. 025994
4 United States Courthouse
405 W. Congress Street, Suite 4800
5 Tucson, Arizona 85701
Telephone: 520-620-7300
6 Email: kathryn.furtado@usdoj.gov
Attorneys for Plaintiff
7

IN THE UNITED STATES DISTRICT COURT
8
FOR THE DISTRICT OF ARIZONA
9

| | |
|---|---|
| 10 United States of America, | CR 15-00976-CKJ (BGM) |
| 11               Plaintiff, | |
| 12    vs. | GOVERNMENT'S NOTICE OF JUDICIALLY NOTICEABLE DOCUMENTS |
| 13 | |
| 14 Ramon Ramos-Zepeda, | |
| 15               Defendant. | |

16      Now comes the United States of America, by and through its undersigned

17 attorneys, and submits the attached copies of Judicially Noticeable Documents in support

18 of the defendant's prior crime of violence conviction for Count 001: Willfully and

19 Unlawfully Have or Accomplish an Act of Sexual Intercourse with a Minor Under the

20 Age of 16, Not the Spouse of Said Defendant, and Said Defendant Being 21 Year of Age

21 or Older, a Felony; Count 002: Willfully, Unlawfully, and Lewdly Commit a Lewd or

22 Lascivious Act Upon or With the Body or Certain Parts or Members Thereof of Jane

23 Doe, a Child Under the Age of Fourteen Years, with the Intent of Arousing, Appealing

24 to, or Gratifying the Lust, Passions, or Sexual Desires of the Defendant or the Said Child,

25 a Felony; Count 003: Willfully and Unlawfully Have or Accomplish an Act of Sexual

26 Intercourse with a Minor, Not the Spouse of Said Defendant, Said Minor Being More

27 Than Three Years Younger Than the Defendant, a Felony; and Count 004: Willfully and

28 Unlawfully, for the Purpose of Sexual Arousal, Gratification, or Abuse, Cause the

Penetration of the Genital or Anal Openings of Jane Doe, a Person Under the Age of 18 Years, by a Foreign Object, a Felony.

Respectfully submitted this 15th day of July, 2015.

JOHN S. LEONARDO
United States Attorney
District of Arizona

/s/ Kathryn C. Furtado

KATHRYN C. FURTADO
Assistant U.S. Attorney

Copy of the foregoing served electronically or by
other means this 15th day of July, 2015, to:

Rodolfo Valenzuela, Esq.
U.S. Probation Officer