# EXHIBIT 1

Case 4:15-cr-00976-CKJ-BGM   Document 29-1   Filed 12/16/15   Page 1 of 2

U.S. Department of Homeland Security | **Notice and Order of Expedited Removal**

## DETERMINATION OF INADMISSIBILITY  Event No: ▮

File No: A087 454 654

Date: January 12, 2009

In the Matter of: RAMON RAMOS-ZEPEDA

Pursuant to section 235(b)(1) of the Immigration and Nationality Act (Act), (8 U.S.C. 1225(b)(1)), the Department of Homeland Security has determined that you are inadmissible to the United States under section(s) 212(a) ☐ (6)(C)(i); ☐ (6)(C)(ii); ☒ (7)(A)(i)(I); ☐ (7)(A)(i)(II); ☐ (7)(B)(i)(I); and/or ☐ (7)(B)(i)(II) of the Act, as amended, and therefore are subject to removal, in that:

1. You did not then possess or present a valid immigrant visa, reentry permit, border crossing identification card, or other valid entry document. To wit, you have entered into the United States illegally with the intent to reside in the United States.

ANTHONY S. ROGERS

**Border Patrol Agent**
Name and title of immigration officer (Print)

_____
Signature of immigration officer

### ORDER OF REMOVAL
### UNDER SECTION 235(b)(1) OF THE ACT

Based upon the determination set forth above and evidence presented during inspection or examination pursuant to section 235 of the Act, and by the authority contained in section 235(b)(1) of the Act, you are found to be inadmissible as charged and ordered removed from the United States.

ANTHONY S. ROGERS

**Border Patrol Agent**
Name and title of immigration officer (Print)

_____
Signature of immigration officer

DAVID A. BARKER

**(A) FIELD OPERATIONS SUPERVISOR**
Name and title of supervisor (Print)

_____
Signature of supervisor, if available

☐ Check here if supervisory concurrence was obtained by telephone or other means (no supervisor on duty).

### CERTIFICATE OF SERVICE

I personally served the original of this notice upon the above-named person on __1/15/09__ (Date)

_____
Signature of immigration officer

Form I-860 (Rev. 08/01/07)