# EXHIBIT 3

U.S. Department of Homeland Security

**Jurat for Record of Sworn Statement in Proceedings under Section 235(b)(1) of the Act**

Q: Why did you leave your home country or country of last residence?
A. TO FIND WORK.

Q. Do you have any fear or concern about being returned to your home country or being removed from the United States?
A. NO.

Q. Would you be harmed if you are returned to your home country or country of last residence?
A. NO.

Q. Do you have any question or is there anything else you would like to add?
A. NO.

I have read (or have had read to me) this statement, consisting of _4_ pages (including this page). I state that my answers are true and correct to the best of my knowledge and that this statement is a full, true and correct record of my interrogation on the date indicated by the above named officer of the Department of Homeland Security. I have initialed each page of this statement (and the corrections noted on page(s) _1,2,3,4_ ). RRZ

Signature: Ramon Ramos
RAMON RAMOS-ZEPEDA

Sworn and subscribed to before me at SONOITA, AZ, BORDER PATROL STATION on January 12, 2009.

ANTHONY S. ROGERS
Border Patrol Agent
Signature of Immigration Officer

Witnessed by: JOSE CARREON

Page 4 of 4 RRZ

I-867B (08/01/07)