# Exhibit 1

**Record of Sworn Statement in Proceedings under Section 235(b)(1) of the Act**

U.S. Department of Homeland Security

Office: **SONOITA, AZ, BORDER PATROL STATION**    File No: Even ▮

Statement by: **RAMON RAMOS-ZEPEDA**

In the case of: **RAMON RAMOS-ZEPEDA**

Date of Birth: ▮ **/1982**    Gender (circle one): (Male) / Female

At: **SONOITA, AZ, BORDER PATROL STATION**    Date: **January 12, 2009**

Before: **ANTHONY S. ROGERS**    **Border Patrol Agent**
(Name and Title)

In the **SPANISH** language. Interpreter **NONE** Employed by _____

I am an officer of the United States Department of Homeland Security. I am authorized to administer the immigration laws and to take sworn statements. I want to take your sworn statement regarding your application for admission to the United States. Before I take your statement, I also want to explain your rights, and the purpose and consequences of this interview.

You do not appear to be admissible or to have the required legal papers authorizing your admission to the United States. This may result in your being denied admission and immediately returned to your home country without a hearing. If a decision is made to refuse your admission into the United States, you may be immediately removed from this country, and if so, you may be barred from reentry for a period of 5 years or longer.

This may be your only opportunity to present information to me and the Department of Homeland Security to make a decision. It is very important that you tell me the truth. If you lie or give misinformation, you may be subject to criminal or civil penalties, or barred from receiving immigration benefits or relief now or in the future.

Except as I will explain to you, you are not entitled to a hearing or review.

> U.S. law provides protection to certain persons who face persecution, harm or torture upon return to their home country. If you fear or have a concern about being removed from the United States or about being sent home, you should tell me so during this interview because you may not have another chance. You will have the opportunity to speak privately and confidentially to another officer about your fear or concern. That officer will determine if you should remain in the United States and not be removed because of that fear.

Until a decision is reached in your case, you will remain in the custody of the Department of Homeland Security.

Any statement you make may be used against you in this or any subsequent administrative proceeding.

Q. Do you understand what I've said to you?
A. Yes.

Q. Do you have any questions?
A. No.

Q. Are you willing to answer my questions at this time?
A. Yes.

Q. Do you swear or affirm that all statements you are about to make are true and complete?
A. Yes.

Q. What is your complete and correct name?
A. Ramon RAMOS-Zepeda.
...(CONTINUED ON I-831)

Page 1 of 4  RRZ                                                              I-867A (08/01/07)

| U.S. Department of Homeland Security | | Continuation Page for Form | I867A |
|---|---|---|---|
| Alien's Name<br>RAMON   RAMOS-ZEPEDA | File Number<br>Event No: | | Date<br>January 12, 2009 |

Q. What is your date of birth?
A.         1982.

Q. Where were you born?
A. Mexico.

Q. Of what country are you a citizen?
A. Mexico.

Q. Of what country are your parents citizens?
A. My parents are both from Mexico.

Q. Where do your parents reside?
A. Mexico.

Q. Have your parents ever resided in the United States?
A. No.

Q. Were either of your parents ever U.S. citizens?
A. No.

Q. Do you have any claim to being a citizen of the United States?
A. No.

Q. Where were you going today?
A. Red Wood City, California.

Q. What was your purpose in attempting to enter the United States today?
A. I needed to find work.

Q. How long did you intend to remain in the United States?
A. I do not know.

Q. Do you have any documents issued by a legal authority that permits you to reside in the United States?
A. No.

Q. Do you have any documents issued by a legal authority that allows you to enter or pass through the United States?
A. No.

Q. How did you enter the United States the last time?
A. I entered illegally by crossing the fence.

Q. Have you ever entered the United States illegally before?

| Signature  ANTHONY S. ROGERS | Title  Border Patrol Agent |
|---|---|

___2___ of __??__ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

| U.S. Department of Homeland Security | | Continuation Page for Form | I867A |
|---|---|---|---|
| Alien's Name<br>RAMON   RAMOS-ZEPEDA | File Number<br>Event No ▮▮▮▮ | Date<br>January 12, 2009 | |

A. Yes.

Q. Have you ever been arrested by the police in Mexico or The United States?
A. Yes.

Q. Why were you arrested?
A. I have been arrested for being with a minor.

Q. Did you spend time in jail?
A. Yes.

Q. How much time did you spend in jail?
A. 3 days first and then 4 months.

Q. Were you on probation?
A. Yes.

Q. Did you finish your probation?
A. No.

Q. Did you have authorization to abandon your probation?
A. No.

Q. Have you ever been deported before?
A. No.

Q. Do you know that it is illegal to reside and work in the United States without the proper documentation?
A. Yes.

Q. Do you understand that if you are removed from the United States today you may not ask to enter the United States for a period of (5) years, without the permission of the Attorney General of the United States?
A. Yes.

Q. Is there anything else you would like to say or for me to add?
A. No.

| Signature<br>ANTHONY S. ROGERS | Title<br>Border Patrol Agent |
|---|---|

3 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security

**Jurat for Record of Sworn Statement in Proceedings under Section 235(b)(1) of the Act**

Q: Why did you leave your home country or country of last residence?
A. TO FIND WORK.

Q. Do you have any fear or concern about being returned to your home country or being removed from the United States?
A. NO.

Q. Would you be harmed if you are returned to your home country or country of last residence?
A. NO.

Q. Do you have any question or is there anything else you would like to add?
A. NO.

I have read (or have had read to me) this statement, consisting of 4 pages (including this page). I state that my answers are true and correct to the best of my knowledge and that this statement is a full, true and correct record of my interrogation on the date indicated by the above named officer of the Department of Homeland Security. I have initialed each page of this statement (and the corrections noted on page(s) 1,2,3,4 ). RRZ

Signature: *Ramón Ramos* RAMON RAMOS-ZEPEDA

Sworn and subscribed to before me at SONOITA, AZ, BORDER PATROL STATION on January 12, 2009.

ANTHONY S. ROGERS
Border Patrol Agent
Signature of Immigration Officer

Witnessed by: JOSE CARREON

Page 4 of 4 RRZ

I-867B (08/01/07)