# Exhibit 4

## U.S. DEPARTMENT OF HOMELAND SECURITY

### RECORD OF SWORN STATEMENT IN AFFIDAVIT FORM

### AFFIDAVIT

Event No:: ▮

IN RE: UNITED STATES VS. RAMOS-ZEPEDA       FILE N▮

EXECUTED AT TUCSON, ARIZONA       DATE May 02, 2015

Before the following immigration officer of the U.S. Department of Homeland Security: JUAN UJUETA
in the SPANISH language. Interpreter N/A used.

I, RAMON RAMOS-ZEPEDA, acknowledge that the above-named officer has identified himself to me as an officer of the United States Department of Homeland Security, authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. He has informed me that he desires to take my sworn statement regarding: MY ILLEGAL RE-ENTRY INTO THE UNITED STATES

He has told me that my statement must be freely and voluntarily given and has advised me of these rights:

> "You have the right to remain silent.
> Anything you say can be used against you in court, or in any immigration or administrative proceeding.
> You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.
> If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.
> If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer."

I am willing to make a statement without anyone else being present. I swear that I will tell the truth, the whole truth, and nothing but the truth, so help me, God.
Being duly sworn, I make the following statement:

Q. Do you understand what I have said to you?
A. Yes

Q. Any statement you make must be given freely and voluntarily. Are you willing to answer my questions at this time?
A: No

I have read (or have had read to me) the foregoing statement consisting of 3 pages. I affirm that the answers attributed to me herein are true and correct to the best of my knowledge and belief and that this statement is a full, true, and correct record of my questioning by the above-named officer of the Immigration and Naturalization Service. I have initialized each page of this statement (and the corrections noted on page(s) 1-3).

Signature of alien: × *Ramon Ramos*

Subscribed and sworn to me at: Tucson, Arizona on 05/02/2015.

_____        Jorge H T457
(Signature of Immigration Officer)    (Signature of Witness)

**Ramos-Zepeda**        **Reports and JND**        **10**

Form I-215B N (Rev. 08/01/07)