**JUAN ROCHA**
Rocha Law Office
Arizona Bar No. 025039
P.O. Box 5965
Mesa, AZ 85211
jrocha.law@gmail.com
Tel: (480) 855-1759
Fax: (855) 327-4858
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>RAMON RAMOS-ZEPEDA<br><br>Defendant. | CR: 4:15-cr-976-CKJ (BGM)<br>**RESPONSE TO GOVERNMENT'S MOTION *IN LIMINE* TO PRECLUDE DEPORTATION CHALLENGE TO AT TRIAL** |

Defendant, Mr. Ramon Ramos-Zepeda, through undersigned counsel, takes no position regarding the government's request to preclude him from arguing to the lawfulness of Defendant's prior removal. (Docket No. 42).

RESPECTFULLY SUBMITTED: February 11, 2016.

*s/ Juan L. Rocha*
**JUAN L. ROCHA**
Attorney for Defendant

ECF Copy to:

Ms. Kathyrn Hurtado
Assistant U.S. Attorney

1