# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Ramon Ramos-Zepeda,<br><br>  Defendant. | No. CR 15-976-TUC-CKJ (BGM)<br><br>**ORDER** |

On April 29, 2019, Magistrate Judge Bruce G. Macdonald issued a Report and Recommendation (Doc. 82) in which he recommended this Court deny Defendant's Motion to Suppress Statements (Doc. 37) and deny Defendant's Amended Motion to Dismiss Indictment for Unlawful Exclusion Under Title 8 U.S.C. § 1326(d) (Doc. 29). The Report and Recommendation notified the parties that they had 14 days from the date of service of the Report and Recommendation to file any objections. No objections have been filed.

The Court has reviewed and considered the pending motions, the transcripts of the hearings before the magistrate judge, and the related exhibits.

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation (Doc. 82) is ADOPTED. The Court clarifies that the document referred to in the Report and Recommendation at Doc. 82, p. 7, ll. 11-14, and Doc. 82, p. 27, ll. 6-8, refers to the document finding Defendant is inadmissible to the United States and ordering his removal. *See* Ex. 2.

2. The Motion to Suppress Statements (Doc. 37) is DENIED.

3. Defendant's January 12, 2009, statement is admissible at trial.[1]

4. The Amended Motion to Dismiss Indictment for Unlawful Exclusion Under Title 8 U.S.C. § 1326(d) (Doc. 29) is DENIED.

DATED this 15th day of June, 2016.

_____
Cindy K. Jorgenson
United States District Judge

---

[1] The government indicated it does not intend to use Defendant's January 15, 2009 statement at trial.